TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RAQUEL PACHECO (Bar # 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com
Email: glcincone@townsend.com
Email: rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

**ORIGINAL
FILED**

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08    1639    WHA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND UNFAIR COMPETITION (INJUNCTIVE RELIEF SOUGHT)** |
| v. | |
| JEANS CITY USA, INC., | |
| Defendant. | **JURY TRIAL DEMAND** |

Plaintiff Levi Strauss & Co. ("LS&CO.") complains against defendant Jeans City USA, Inc. ("Jeans City") as follows:

**JURISDICTION, VENUE AND INTRA-DISTRICT ASSIGNMENT**

1. Plaintiff's first, second and third claims arise under the Trademark Act of 1946 (the Lanham Act), as amended by the Federal Trademark Dilution Act of 1995 (15 U.S.C. §§ 1051, et seq.). This Court has jurisdiction over such claims pursuant to 28 U.S.C. §§ 1338(a) and 1338(b) (trademark and unfair competition), 28 U.S.C. § 1331 (federal question) and 15 U.S.C. § 1121 (Lanham Act). This Court has supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendant transacts

1  affairs in this district and because a substantial part of the events giving rise to the claims asserted

2  arose in this district.

3      3.    Intra-district assignment to any division of the Northern District is proper under Local

4  Rule 3-2(c) and the Assignment Plan of this Court as an "Intellectual Property Action."

5                                    **PARTIES**

6      4.    LS&CO. is a Delaware corporation which has its principal place of business at Levi's

7  Plaza, 1155 Battery Street, San Francisco, California 94111.  Operating since approximately the

8  1850's, LS&CO. is one of the oldest and most well known apparel companies in the world.  It

9  manufactures, markets and sells a variety of apparel, including its traditional denim blue jean

10  products.

11      5.    LS&CO. is informed and believes that defendant Jeans City USA, Inc. is a Florida

12  corporation with its principal place of business at 8030 W. 26th Ave., Hialeah, Florida 33016.

13  LS&CO. is informed and believes that Jeans City manufactures and sells a line of clothing, including

14  jeans, that is offered for sale or sold in this judicial district and throughout the United States.  LS&CO.

15  is further informed and believes that Jeans City has authorized, directed, and/or actively participated in

16  the wrongful conduct alleged herein.

17              **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

18  **LS&CO.'s Use Of Its Trademarks**

19      6.    LS&CO. marks its LEVI'S® brand products with a set of trademarks that are famous

20  around the world.  For many years prior to the events giving rise to this Complaint and continuing to

21  the present, LS&CO. annually has spent great amounts of time, money, and effort advertising and

22  promoting the products on which its trademarks are used and has sold many millions of these products

23  all over the world, including throughout the United States and in California.  Through this investment

24  and large sales, LS&CO. has created considerable goodwill and a reputation for quality products.

25  LS&CO. continuously has used these trademarks, some for well over a century, to distinguish its

26  products.

27      7.    Most of LS&CO.'s trademarks are federally registered; all are in full force and effect,

28  and exclusively owned by LS&CO.  LS&CO. continuously has used each of its trademarks, from the

1 registration date or earlier, until the present and during all time periods relevant to LS&CO.'s claims.

2 **LS&CO.'s Arcuate Stitching Design Trademark**

3    8.    Among its marks, LS&CO. owns the famous Arcuate Stitching Design Trademark (the

4 "Arcuate trademark"), which consists of a distinctive pocket stitching design that is the oldest known

5 apparel trademark in the United States.  LS&CO. has used the Arcuate trademark continuously since

6 1873 in interstate commerce on clothing products.  LS&CO. first used the Arcuate trademark on jeans

7 and later used it on trousers, pants, shorts, skirts, shirts and jackets.  Examples of LS&CO.'s use of the

8 Arcuate trademark on LEVI'S® jeans are attached as Exhibits A-1 – A-9.

9    9.    LS&CO. owns, among others, the following United States and California Registrations

10 for its Arcuate trademark, attached as Exhibit B:

11    a.    U.S. Registration No. 1,139,254 (first used as early as 1873; registered

12 September 2, 1980);

13    b.    U.S. Registration No. 404,248 (first used as early as 1873; registered November

14 16, 1943).

15 These registrations have become incontestable under the provisions of 15 U.S.C. § 1065.

16    c.    U.S. Registration No. 2,791,156 (first used as early as September 1, 1936;

17 registered December 9, 2003)

18    d.    U.S. Registration No. 2,794,649 (first used as early as 1873; registered

19 December 16, 2003.)

20    e.    California Registration No. 088399 (first used as early as 1873; registered

21 August 24, 1988).

22    10.    The Arcuate trademark is famous and is recognized around the world and throughout

23 North America by consumers as signifying a high quality LEVI'S® product.

24 **LS&CO.'s Tab Device Trademark**

25    11.    LS&CO. is also the owner of the famous Tab Device Trademark (hereinafter the "Tab

26 trademark"), which consists of a small marker of textile or other material sewn into one of the regular

27 structural seams of the garment.  LS&CO. first used the Tab trademark in 1936 to identify genuine

28 LEVI'S® products.

1    12.    In or about 1936, LS&CO. first began to display the Tab trademark on the rear pocket

2    of its pants when LS&CO.'s then National Sales Manager, Leo Christopher Lucier, first proposed

3    placing a folded cloth ribbon in the structural seams of the rear pocket.  The purpose of this "tab" was

4    to provide "sight identification" of LS&CO.'s products.  Given the distinctiveness of the Tab

5    trademark, Mr. Lucier asserted that "no other maker of overalls can have any other purpose in putting

6    a colored tab on an outside patch pocket, unless for the express and sole purpose of copying our mark,

7    and confusing the customer."  Examples of the Tab trademark as used on LEVI'S® jeans are attached

8    as Exhibit C-1 – C-5.

9    13.    LS&CO. owns, among others, the following United States Registrations for its Tab

10    trademark, attached as Exhibit D:

11    a.    Registration No. 356,701 (first used as early as September 1, 1936; registered

12    May 10, 1938);

13    b.    Registration No. 516,561 (first used as early as September 1, 1936; registered

14    October 18, 1949);

15    c.    Registration No. 577,490 (first used as early as September 1, 1936; registered

16    July 21, 1953);

17    d.    Registration No. 774,625 (first used as early as May 22, 1963; registered

18    August 4, 1964);

19    e.    Registration No. 775,412 (first used as early as October 9, 1957; registered

20    August 18, 1964); and

21    f.    Registration No. 1,157,769 (first used as early as September 1, 1936; registered

22    June 16, 1981).

23    These registrations have become incontestable under the provisions of 15 U.S.C. § 1065.

24    g.    U.S. Registration No. 2,791,156 (first used as early as September 1, 1936;

25    registered December 9, 2003)

26    **Defendant's Infringement of LS&CO.'s Trademarks**

27    14.    LS&CO. is informed and believes that Jeans City has in the past and continues to

28    manufacture, source, market and/or sell clothing, including denim jeans, that infringes and dilutes

1  LS&CO.'s Tab and Arcuate trademarks (hereinafter the "infringing products").

2    15.    In particular, LS&CO. is informed and believes that Jeans City has in the past and

3  continues to manufacture, source, market and/or sell jeans that display designs on the rear pockets that

4  are confusingly similar to LS&CO.'s Arcuate and Tab trademarks.  These designs include, without

5  limitation, the designs shown in Exhibit E (the "Jeans City designs").

6    16.    LS&CO. is informed and believes that Jeans City has produced, manufactured,

7  designed, marketed, offered for sale and sold substantial quantities of infringing products bearing the

8  Jeans City designs, and has obtained and continues to obtain substantial profits from such sales.

9    17.    Jeans City's actions have caused and will cause LS&CO. irreparable harm for which

10  money damages and other remedies are inadequate.  Unless Jeans City is restrained by this Court,

11  Jeans City will continue and/or expand the illegal activities alleged in this Complaint and otherwise

12  continue to cause great and irreparable damage and injury to LS&CO. by, among other things:

13    a.    Depriving LS&CO. of its statutory rights to use and control use of its

14        trademarks;

15    b.    Creating a likelihood of confusion, mistake and deception among consumers

16        and the trade as to the source of the infringing products;

17    c.    Causing the public falsely to associate LS&CO. with Jeans City or vice versa;

18    d.    Causing incalculable and irreparable damage to LS&CO.'s goodwill and

19        diluting the capacity of its trademarks to differentiate LEVI'S® products from

20        others; and

21    e.    Causing LS&CO. to lose sales of its genuine clothing products.

22    18.    Accordingly, in addition to other relief sought, LS&CO. is entitled to preliminary and

23  permanent injunctive relief against Jeans City and all persons acting in concert with it.

24                    **FIRST CLAIM**
25            **FEDERAL TRADEMARK INFRINGEMENT**
            **(15 U.S.C. §§ 1114-1117; Lanham Act § 32)**
26

27    19.    LS&CO. realleges and incorporates by reference each of the allegations contained in

28  paragraphs 1 through 18 of this Complaint.

---

COMPLAINT                    - 5 -            Levi Strauss & Co. v. Jeans City USA.
                                        Case No. _____

20.     Without LS&CO.'s consent, Jeans City has used, in connection with the sale, offering for sale, distribution or advertising of Jeans City's goods, designs that infringe upon LS&CO.'s registered Tab and Arcuate trademarks.

21.     These acts of trademark infringement have been committed with the intent to cause confusion, mistake, or deception, and are in violation of 15 U.S.C. § 1114.

22.     As a direct and proximate result of Jeans City's infringing activities, LS&CO. has suffered substantial damage.

23.     Jeans City's infringement of LS&CO.'s trademarks as alleged herein is an exceptional case and was intentional, entitling LS&CO. to treble its actual damages and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a) and 1117(b).

## SECOND CLAIM
### FEDERAL UNFAIR COMPETITION
**(False Designation of Origin and False Description)**
**(15 U.S.C. § 1125(a); Lanham Act § 43(a))**

24.     LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 23 of this Complaint.

25.     Jeans City's conduct constitutes the use of symbols or devices tending falsely to describe the infringing products, within the meaning of 15 U.S.C. § 1125(a)(1).  Jeans City's conduct is likely to cause confusion, mistake, or deception by or in the public as to the affiliation, connection, association, origin, sponsorship or approval of the infringing products to the detriment of LS&CO. and in violation of 15 U.S.C. § 1125(a)(1).

26.     As a direct and proximate result of Jeans City's infringing activities, LS&CO. has suffered substantial damage.

## THIRD CLAIM
### FEDERAL DILUTION OF FAMOUS MARKS
**(Federal Trademark Dilution Act of 1995)**
**(15 U.S.C. § 1125(c); Lanham Act § 43(c))**

27.     LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 26 of this Complaint.

28.     LS&CO.'s Tab and Arcuate trademarks are distinctive and famous within the meaning

1  of the Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c), as amended.

2     29.     Jeans City's activities have diluted or are likely to dilute the distinctive quality of

3  LS&CO.'s trademarks in violation of the Federal Trademark Dilution Act of 1995, 15 U.S.C. §

4  1125(c), as amended.

5     30.     LS&CO. is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(c).

6     31.     Because Jeans City willfully intended to trade on LS&CO.'s reputation or to cause

7  dilution of LS&CO.'s famous trademarks, LS&CO. is entitled to damages, extraordinary damages,

8  fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

9
## FOURTH CLAIM
### CALIFORNIA DILUTION AND TRADEMARK INFRINGEMENT
10
#### (Cal. Bus. & Prof. Code §§ 14320, 14330, 14335, 14340)

11     32.     LS&CO. realleges and incorporates by reference each of the allegations contained in

12  paragraphs 1 through 31 of this Complaint.

13     33.     Jeans City's infringement of LS&CO.'s federal and state registered trademarks is likely

14  to cause consumer confusion and dilution of LS&CO.'s trademarks in violation of California Business

15  & Professions Code §§ 14320, 14330, and 14335.

16     34.     Jeans City infringed and diluted LS&CO.'s Tab and Arcuate trademarks with

17  knowledge and intent to cause confusion, mistake or deception.

18     35.     Jeans City's conduct is aggravated by that kind of willfulness, wantonness, malice and

19  conscious indifference to the rights and welfare of LS&CO. for which California law allows the

20  imposition of exemplary damages.

21     36.     Pursuant to California Business & Professions Code § 14340, LS&CO. is entitled to

22  injunctive relief and damages in the amount of three times Jeans City's profits and three times all

23  damages suffered by LS&CO. by reason of Jeans City's manufacture, use, display or sale of infringing

24  goods.

25
## FIFTH CLAIM
### CALIFORNIA UNFAIR COMPETITION
26
#### (Cal. Bus. & Prof. Code § 17200)

27     37.     LS&CO. realleges and incorporates by reference each of the allegations contained in

28  paragraphs 1 through 36 of this Complaint.

COMPLAINT                        - 7 -                Levi Strauss & Co. v. Jeans City USA.
                                                     Case No. _____

38.    Jeans City's infringement of LS&CO.'s Tab and Arcuate trademarks constitutes "unlawful, unfair or fraudulent business act[s] or practice[s] and unfair, deceptive, untrue or misleading advertising" within the meaning of California Business & Professions Code § 17200.

39.    As a consequence of Jeans City's actions, LS&CO. is entitled to injunctive relief and an order that Jeans City disgorge all profits on the manufacture, use, display or sale of infringing goods.

## PRAYER FOR JUDGMENT

WHEREFORE, LS&CO. prays that this Court grant it the following relief:

40.    Adjudge that LS&CO.'s Tab and Arcuate trademarks have been infringed by Jeans City in violation of LS&CO.'s rights under common law, 15 U.S.C. § 1114, and/or California law;

41.    Adjudge that Jeans City has competed unfairly with LS&CO. in violation of LS&CO.'s rights under common law, 15 U.S.C. § 1125(a), and/or California law;

42.    Adjudge that Jeans City's activities are likely to, or have, diluted LS&CO.'s famous Tab and Arcuate trademarks in violation of LS&CO.'s rights under common law, 15 U.S.C. § 1125(c), and/or California law;

43.    Adjudge that Jeans City and each of its agents, employees, attorneys, successors, assigns, affiliates, and joint venturers and any person(s) in active concert or participation with it, and/or any person(s) acting for, with, by, through or under it, be enjoined and restrained at first during the pendency of this action and thereafter permanently from:

a.    Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods that display any words or symbols that so resemble LS&CO.'s Tab and Arcuate trademarks as to be likely to cause confusion, mistake or deception, on or in connection with any product that is not authorized by or for LS&CO., including without limitation any product that bears any of the Jeans City designs or any other confusingly similar approximation of LS&CO.'s Tab or Arcuate trademark;

b.    Using any word, term, name, symbol, device or combination thereof that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Jeans City or its goods with LS&CO. or as to the origin of Jeans City's goods, or any false designation of origin,

false or misleading description or representation of fact;

       c.      Further infringing the rights of LS&CO. in and to any of its trademarks in its LEVI'S® brand products or otherwise damaging LS&CO.'s goodwill or business reputation;

       d.      Otherwise competing unfairly with LS&CO. in any manner; and

       e.      Continuing to perform in any manner whatsoever any of the other acts complained of in this Complaint;

    44.     Adjudge that Jeans City be required immediately to supply LS&CO.'s counsel with a complete list of individuals and entities from whom or which it purchased, and to whom or which it sold, offered for sale, distributed, advertised or promoted, infringing products as alleged in this Complaint;

    45.     Adjudge that Jeans City be required immediately to deliver to LS&CO.'s counsel its entire inventory of infringing products, including without limitation pants and any other clothing, packaging, labeling, advertising and promotional material and all plates, patterns, molds, matrices and other material for producing or printing such items, that is in Jeans City's possession or subject to its control and that infringes LS&CO.'s Tab and/or Arcuate trademarks as alleged in this Complaint;

    46.     Adjudge that Jeans City, within thirty (30) days after service of the judgment demanded herein, be required to file with this Court and serve upon LS&CO.'s counsel a written report under oath setting forth in detail the manner in which it has complied with the judgment;

    47.     Adjudge that LS&CO. recover from Jeans City its damages and lost profits in an amount to be proven at trial,

    48.     Adjudge that Jeans City be required to account for any profits that are attributable to its illegal acts, and that LS&CO. be awarded the greater of (1) three times Jeans City's profits or (2) three times any damages sustained by LS&CO., under 15 U.S.C. § 1117, plus prejudgment interest;

    49.     Order an accounting of and impose a constructive trust on all of Jeans City's funds and assets that arise out of Jeans City's infringing activities;

    50.     Adjudge that Jeans City be required to pay LS&CO. punitive damages for its oppression, fraud, malice and gross negligence, whether grounded on proof of actual damages incurred by LS&CO. or on proof of Jeans City's unjust enrichment;

51.    Adjudge that LS&CO. be awarded its costs and disbursements incurred in connection with this action, including LS&CO.'s reasonable attorneys' fees and investigative expenses; and

52.    Adjudge that all such other relief be awarded to LS&CO. as this Court deems just and proper.

DATED: March 26, 2008                    Respectfully submitted,

                                         By: _____
                                         Gregory S. Gilchrist
                                         Gia L. Cincone
                                         Raquel Pacheco
                                         TOWNSEND AND TOWNSEND AND CREW LLP
                                         Two Embarcadero Center, Eighth Floor
                                         San Francisco, California  94111
                                         Telephone: (415) 576-0200
                                         Facsimile: (415) 576-0300

                                         Attorneys for Plaintiff
                                         LEVI STRAUSS & CO.

1

## DEMAND FOR JURY TRIAL

2

     LS&CO. demands that this action be tried to a jury.

3

4

DATED:  March 26, 2008

5

                                   Respectfully submitted,

6

                             By: _____

7

                             Gregory S. Gilchrist
                             Gia L. Cincone

8

                             Raquel Pacheco
                             TOWNSEND AND TOWNSEND AND CREW LLP

9

                             Two Embarcadero Center, Eighth Floor
                             San Francisco, California  94111

10

                             Telephone: (415) 576-0200
                             Facsimile: (415) 576-0300

11

                             Attorneys for Plaintiff

12

                             LEVI STRAUSS & CO.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RAQUEL PACHECO (Bar # 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: gsgilchrist@townsend.com, glcincone@townsend.com, rpacheco@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   LEVI STRAUSS & CO.,                          Case No.
12
                       Plaintiff,
13                                              CERTIFICATION OF INTERESTED
                v.                              ENTITIES OR PERSONS
14
   JEANS CITY USA,
15
                       Defendant.
16

17

18         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

19 parties, there is no such interest to report.

20 DATED: March 26, 2008              Respectfully submitted,

21
                                      By:
22                                          Gregory S. Gilchrist
                                            Gia L. Cincone
23                                          Raquel Pacheco
                                            TOWNSEND AND TOWNSEND AND CREW LLP
24                                          Two Embarcadero Center, Eighth Floor
                                            San Francisco, California 94111
25                                          Telephone: (415) 576-0200
                                            Facsimile: (415) 576-0300
26
                                            Attorneys for Plaintiff
27                                          LEVI STRAUSS & CO.

28
   61287391 v1

   CERTIFICATE OF INTERESTED              - 1 -            Levi Strauss & Co. v. Jeans City USA
   ENTITIES OR PERSONS                                     Case No. _____

Exhibit A



Exhibit A-1



Exhibit A-2



Exhibit A-3



Exhibit A-4



Exhibit A-5



Exhibit A-6



Exhibit A-7



Exhibit A-8



Exhibit A-9

Exhibit B



438326

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

### July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,139,254* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 02, 1980*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *A DE CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,139,254

Registered Sep. 2, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif.   94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).

First use 1873; in commerce 1873.

Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

**OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS**
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1139254     SERIAL NO: 73169399         MAILING DATE: 08/06/2001
REGISTRATION DATE: 09/02/1980
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA  94608-1925

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)



# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *404,248* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *November 16, 1943*
*2nd* RENEWAL FOR A TERM OF *20* YEARS FROM   *November 16, 1983*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
   *STRAUSS, LEVI & CO.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

**Registered Nov. 16, 1943**

**Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

**Levi Strauss & Company, San Francisco, Calif.**

**Act of February 20, 1905**

**Application September 25, 1942, Serial No. 455,769**



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,791,156 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,791,156
Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196,
AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE
DRAWING ARE FEATURES OF THE MARK AND
NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF A DOUBLE ARCUATE AND TAB DESIGN
SHOWN ON THE SHAPE OF A POCKET, AS INDI-
CATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,794,649 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 16, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*LEVI STRAUSS & CO.*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. EDELEN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,794,649
Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1873; IN COMMERCE 0-0-1873.

THE MARK CONSISTS OF A DOUBLE ARCUATE
DESIGN.

SER. NO. 78-142,765, FILED 7-10-2002.

GINNY ISAACSON, EXAMINING ATTORNEY



# State of California

## SECRETARY OF STATE

**Trademark Reg. No. 88399    Class No. Int. 25    Renewal No. 15637**

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, BILL JONES,* **Secretary of State of the State of California, hereby certify:**

**That an application for renewal has been filed in this office for the TRADEMARK described below:**

**Name of Applicant:**    Levi Strauss & Co.
**Business Address:**    1155 Battery Street  San Francisco, CA  94111
**Date First Used in California:**    1873
**Date First Used Anywhere:**    1873
**Description of Trademark:**    Arc Design.  Design of two concentric arcs placed in such a manner that they meet in the center
**Description of Goods on Which the Trademark is Used:**    Pants, shirts, and jackets
**Date of Registration:**    August 24, 1988
**Term of Registration Extends to and Includes:**    August 24, 2008

**IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 6th day of July, 1998**



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)

98 38011



# State of California
## Secretary of State

## RENEWAL OF TRADEMARK OR SERVICE MARK
### Pursuant to Business and Professions Code Section 14250

(APPLICATION FOR RENEWAL MUST BE RECEIVED BY THE SECRETARY OF STATE WITHIN (BUT NOT BEFORE) THE SIX-MONTH PERIOD PRIOR TO THE DATE OF EXPIRATION OF THE CURRENT REGISTRATION TOGETHER WITH RENEWAL FEE.)

SEND THE SIGNED APPLICATION WITH ORIGINAL SIGNATURE(S) TO THE SECRETARY OF STATE, TRADEMARK UNIT, P.O. BOX 944225, SACRAMENTO, CA 94244-2250.

RENEWAL APPLICATION FOR:    ☒ TRADEMARK    ☐ SERVICE MARK

1. NAME OF APPLICANT:

**LEVI STRAUSS & CO.**

2. STREET ADDRESS: (DO NOT GIVE P.O. BOX) (FOR SERVICE MARK, PROVIDE CALIFORNIA BUSINESS ADDRESS)

**1155 Battery Street**

| CITY: San Francisco | STATE: CA | ZIP CODE 94111 |
|---|---|---|

3. BUSINESS STRUCTURE: (CHECK ONE)

☐ LIMITED PARTNERSHIP
☐ LIMITED LIABILITY COMPANY
☐ GENERAL PARTNERSHIP
☒ CORPORATION (STATE OF INCORPORATION) **Delaware**

☐ SOLE PROPRIETOR
☐ UNINCORPORATED ASSOCIATION
☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY
☐ OTHER (DESCRIBE) _____

4. IF PARTNERSHIP, LIST NAMES OF PARTNERS

5. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY

6. NAME AND/OR DESCRIPTION OF TRADE/SERVICE MARK: A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching. Arc DESIGN.

| 7. TRADE/SERVICE MARK REGISTRATION NUMBER 088399 | 8. DATE OF REGISTRATION August 24, 1988 |
|---|---|

THE MARK WAS ADOPTED, USED, AND CONTINUES TO BE USED WITHIN THE STATE OF CALIFORNIA BY THE APPLICANT IN THE FORM AND MANNER SPECIFIED IN THE PRESENT REGISTRATION.

9. NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE)

**LEVI STRAUSS & CO.**

| SIGNATURE (IF PARTNER OR CORPORATE OFFICER, INCLUDE TITLE.) | DATE |
|---|---|

10. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)

NAME    Sarah R. Fuller
ADDRESS    Legal Strategies Group
CITY    5905 Christie Avenue
STATE    Emeryville, CA 94608-1925
ZIP CODE

THIS SPACE FOR FILING OFFICER USE

**TRADE/SERVICE MARK**

REG. NO. **88399**

RENEWAL NO. **015637**

**FILED**
In the office of the Secretary of State
of the State of California

JUL - 6 1998

BILL JONES, Secretary of State

SEC/STATE LP/TM 109 (REV. 4/96)    FILING FEE: $30.00

Int. 25

ABC    10021B



**State of California**

**Office of**

**March Fong Eu**

**Secretary of State**

SACRAMENTO

SEP 01 1988

As Secretary of State, it is my pleasure to notify you that the mark you submitted has been registered in this office.

Please be advised that Section 14220(f) of the Business and Professions Code specifies that a mark shall not be registered if it so resembles a mark or trade name already registered or used in this state by another and not abandoned, as to be likely, when applied to the goods or services of the applicant, to cause confusion or mistake or to deceive.

My office has conducted a search of California trademark and service mark registrations. Your mark does not appear to resemble any previous registration.

Please be advised, however, that there may be unregistered marks or California trade names used by corporations and partnerships, fictitious names, and names under which individuals conduct business which may resemble your registration. A check for such names is beyond the scope of the review of this office in registering marks.

Most sincerely,

MARCH FONG EU

SEC/STATE FORM LP-220



# State of California



OFFICE OF THE SECRETARY OF STATE

Trademark
Reg. No.   088399

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant_____ LEVI STRAUSS & CO.

Business Address_____ 1155 Battery Street
San Francisco, CA 94111

Date First Used in California 1873

Date First Used Anywhere  1873

Description of Trademark  A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching.

Class No._____  39

Description of Goods on Which the Trademark is Used  Pants, shirts and jackets

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.

Date of Registration_____ August 24, 1988

Term of Registration Extends to and Includes_____ August 24, 1998

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

24th day of  August, 1988



*March Fong Eu*

*Secretary of State*

SEC/STATE FORM TM-103 (Rev. 1/88)

A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR

REPRODUCTION OF TRADEMARK REG. NO._____088399





## APPLICATION TO REGISTER A TRADEMARK
## IN THE STATE OF CALIFORNIA

Trademark
Reg. No. __088399__

Class No. _39_

**FILED**
In the office of the Secretary of State
of the State of California

AUG 24 1988

*March Fong Eu*

MARCH FONG EU
SECRETARY OF STATE

TO:   MARCH FONG EU
      Secretary of State
      923 12th Street, Suite 301
      Sacramento, California  95814
      (916) 445-9872

Applicant requests registration of the trademark described below and submits the following information along with the registration fee of $50.00:

1.  Name of Applicant   LEVI STRAUSS & CO.

    CHECK ONE:  [ ]  Sole Proprietor      [X]  Corporation
                [ ]  Limited Partnership  [ ]  General Partnership
                [ ]  Unincorporated Association
                [ ]  Husband and Wife, as community property
                [ ]  Other (Describe) _____

2.  Business Address, City, State   1155 Battery Street, San Francisco, CA  94111

    _____

3.  State of Incorporation, if applicant is a corporation   Delaware

4.  Names of the general partners, if applicant is a partnership _____

5.  Description of the Trademark.   The trademark consists of the following:
    A device created by two concentric arcs placed on pockets in such a manner
    that they meet in the center thereof, usually applied by stitching.

    _____

6.  The specific goods, products, or merchandise (stock-in-trade) which the applicant(s) sell(s) to the customers, and on which the trademark is used, are/is as follows: _____

                pants, shirts and jackets

    _____

(OVER)

7. The trademark has previously been used, and is now being used on said goods in the State of California as follows:

[ X ] On labels and tags affixed to the goods.
[ ] On labels and tags affixed to containers of the goods.
[ X ] By printing it directly onto the goods.
[ ] By printing it directly onto the containers for the goods.

8. Enclosed as specimens or facsimiles are:

[ ] Five identical actual lables.
[ ] Five identical actual tags.
[ X ] Five identical photographs of the goods/containers showing the trademark thereon.
[ ] Five entire front panels of a paper container bearing the trademark.

9. The date the trademark was first used in California is _____1873_____.

The date the trademark was first used anywhere is _____1873_____.

The applicant is the owner of the mark and no other person has the right to use such mark in the State of California either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive or to be mistaken therefor.

LEVI STRAUSS & CO.
Type name of corporation or partnership on above line (leave above line blank if sole proprietor)

BY _____
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office
Tracy MacLeod, Assistant Secretary

VERIFICATION

Tracy MacLeod _____ declares under penalty of perjury under the laws of the State of California that the statements contained in the foregoing application are true of his/her own knowledge.

DATED: ___June 30, 1988___        BY _____
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office

TM 88 399



Exhibit C



Exhibit C-1



Exhibit C-2



Exhibit C-3



Exhibit C-4



Exhibit C-5

Exhibit D



438298

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 356,701 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *May 10, 1938*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM  *May 10, 1998*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
  *LEVI STRAUSS & COMPANY*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

**Registered May 10, 1938**

# Trade-Mark 356,701

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Francisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

### Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application June 30, 1937, Serial No. 394,734



## STATEMENT

*To the Commissioner of Patents:*

Levi Strauss & Company, a corporation duly organized under the laws of the State of California and located at city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS OF THE PATCH-POCKET TYPE, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

The trade-mark has been continuously used in the business of the applicant since on or about September 1, 1936.

In practice the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

No claim is made herein for the representation of a portion of the garment or seam shown in the drawing, these being shown merely to illustrate one manner in which the red marker or red tab may be applied to a garment. The drawing is lined for the color red.

The undersigned hereby appoints Chas. E. Townsend, whose address is 908-917 Crocker Building, San Francisco, California, its attorney with full power of substitution and revocation to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

Registered May 10, 1938

**Amendment**

Registration No. 356,701

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, lines 8 through 10, the description of goods is deleted and *Pants of the patch-pocket type worn by men, women and children* is inserted.

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 15th day of August 1978.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

DONALD W. BANNER,
*Commissioner.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 356,701
Registered May 10, 1938

10 Year Renewal

Renewal Term Begins May 10, 1998

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY CHANGE OF NAME, MERGER AND CHANGE OF NAME FROM LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

NO CLAIM IS MADE HEREIN FOR THE REPRESENTATION OF A POR-TION OF THE GARMENT OR SEAM SHOWN IN THE DRAWING, THESE BEING SHOWN MERELY TO ILLUS-TATE ONE MANNER IN WHICH THE RED MARKER OR RED TAB MAY BE APPLIED TO A GARMENT.

THE DRAWING IS LINED FOR THE COLOR RED.

FOR: [MEN'S, WOMEN'S, AND CHIL-DREN'S OVERALLS OF THE PATCH-POCKET TYPE] * PANTS OF THE PATCH-POCKET TYPE WORN BY MEN, WOMEN AND CHILDREN *, IN CLASS 39 (INT. CL. 25).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

SER. NO. 71-394,734, FILED 6-30-1937.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;
### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**July 16, 2001**

THE ATTACHED U.S. TRADEMARK REGISTRATION *516,561* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *October 18, 1949*
*2nd* RENEWAL FOR A TERM OF *20* YEARS FROM  *October 18, 1989*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:

*STRAUSS, LEVI & CO.*
*A DELAWARE CORPORATION*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

## Amendment

Registered October 18, 1949                    Registration No. 516,561

### Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 16th day of September 1969.

[SEAL]

EDWIN L. REYNOLDS,
*First Assistant Commissioner of Patents.*

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 516,561
Registered Oct. 18, 1949
OG Date Oct. 24, 1989

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY MERGER WITH AND CHANGE OF NAME FROM LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA AND LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

OWNER OF U.S. REG. NOS. 250,265 AND 413,386.

FOR: MEN'S, WOMEN'S AND CHILDREN'S JEANS AND JACKETS, IN CLASS 39 (INT. CL. 25).

FIRST USE 9-1-1936; IN COMMERCE 7-1-1937.

SER. NO. 556,108, FILED 5-3-1948.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Oct. 18, 1949

# Registration No. 516,561

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application May 3, 1948, Serial No. 556,108



**(Statement)**

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS AND JACKETS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by affixing permanently thereto a tab of textile material on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on jackets July 1, 1937, and on overalls September 1, 1936, and first used in commerce among the several States and between the United States and foreign nations which may lawfully be regulated by Congress on jackets July 1, 1937, and on overalls September 1, 1936.

Applicant is the owner of the trade-mark, Registration No. 413,386, dated April 24, 1945, and Registration No. 250,265, dated December 4, 1928.

**(Declaration)**

D. A. Beronio, being duly sworn, deposes and says that he is the secretary of Levi Strauss & Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and between the United States and foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods; and that the facts set forth in the statement are true.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *577,490* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *July 21, 1953*
*2nd* RENEWAL FOR A TERM OF *20* YEARS FROM  *July 21, 1993*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRUASS & COMPANY*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
**Certifying Officer**

Registered July 21, 1953

Registration No. 577,490

**PRINCIPAL REGISTER**
Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application April 30, 1949, Serial No. 578,119



## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods in the manner hereinafter set forth, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on September 1, 1936, and first used in commerce among the several States which may lawfully be regulated by Congress on September 1, 1936.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

In practice, the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

The drawing is lined for the color red.

Applicant is the owner of Trade-Mark Registration No. 356,701 issued May 10, 1938, and No. 404,248 issued November 16, 1943.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
Secretary.

## Amendment

Registered July 21, 1953                                    Registration No. 577,490

### Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 29th day of May 1973.

[SEAL]

Attest:
K. E. PATRICK,
*Attesting Officer.*

ROBERT GOTTSCHALK,
*Commissioner of Patents.*

UNITED STATES
PATENT AND
TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 0577490    SERIAL NO: 71/578119    MAILING DATE: 03/31/2004
REGISTRATION DATE: 07/21/1953
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & COMPANY

CORRESPONDENCE ADDRESS:
JENNIFER GUNN
LEVI STRAUSS & CO.
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
039.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**

DUPLICATE

TMLT6A (3/2003)



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *774,625* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *August 04, 1964*
*1st* RENEWAL FOR A TERM OF *20* YEARS FROM   *August 04, 1984*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *STRAUSS, LEVI OF OF DELAWARE, INC.*
    *A DELAWARE CORP.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

# United States Patent Office

**774,625**
Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,283, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use May 22, 1963; in commerce May 22, 1963.

The mark consists of a small marker or black tab affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 356,701, 577,490, and 720,376.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *775,412* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *August 18, 1964*
*1st* RENEWAL FOR A TERM OF *20* YEARS FROM  *August 18, 1984*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

  *STRAUSS LEVI & CO.*
  *A DELAWARE CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
Certifying Officer

# United States Patent Office

**775,412**
Registered Aug. 18, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,282, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use Oct. 9, 1957; in commerce Oct. 9, 1957.

The mark consists of a small marker or white tab with the name "Levi's" superposed thereon, which is affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 250,265, 720,376, and others.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,157,769 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   *June 16, 1981*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *LEVI STRUASS & CO.*
  *A DELAWARE CORP.*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Wallace*
T. WALLACE
Certifying Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,157,769
Registered Jun. 16, 1981

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For: TROUSERS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 1, 1936; in commerce Sep. 1, 1936.
Owner of U.S. Reg. Nos. 356,701, 775,412 and others.

Applicant disclaims the representation of the goods apart from the mark as shown.

The mark consists of a small marker or tab affixed to the exterior of the garment at the hip pocket.

Ser. No. 263,725, filed Feb. 1, 1967.

J. C. DEMOS, Deputy Director



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia    22202-3513

REGISTRATION NO: 1157769     SERIAL NO: 72263725        MAILING DATE: 09/01/2001
REGISTRATION DATE: 06/16/1981
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO
CORRESPONDENCE ADDRESS:

KAREN S FRANK
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE CA  94608

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
039.

LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,791,156 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. EDELEN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,791,156
Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196,
AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE
DRAWING ARE FEATURES OF THE MARK AND
NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF A DOUBLE ARCUATE AND TAB DESIGN
SHOWN ON THE SHAPE OF A POCKET, AS INDI-
CATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY

Exhibit E







Exhibit E-1







Exhibit E-2







Exhibit E-3







Exhibit E-4