| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| GREGORY S. GILCHRIST<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 576-0200    FAX No: 415 576-0300 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>031010.000000 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: LEVI STRAUSS & CO. | |
| Defendant: JEANS CITY USA, INC. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1639 WHA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND UNFAIR COMPETITION (INJUNCTIVE RELIEF SOUGHT); CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:           JEANS CITY USA, INC.
   b. Person served:          SAM MOSHE, AGENT FOR SERVICE

4. Address where the party was served:    2630 WEST 81ST STREET
                                          HIALEAH, FL 33016

5. I served the party:
   b. by substituted service. On: Tue., Apr. 01, 2008 at: 11:10AM by leaving the copies with or in the presence of:
      MIRI ARMOZA, MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JEANS CITY USA, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAMON LOPEZ                                     d. The Fee for Service was:
                                                      e. I am: Not a Registered California Process Server



First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Apr. 02, 2008

Judicial Council Form POS-010           PROOF OF SERVICE                      (RAMON LOPEZ)
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                   6409583.towto-sf.124578

| *Attorney or Party without Attorney:* <br> GREGORY S. GILCHRIST <br> TOWNSEND AND TOWNSEND AND CREW LLP <br> TWO EMBARCADERO CENTER, 8TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> *Telephone No:* 415 576-0200     *FAX No:* 415 576-0300 | | | | **For Court Use Only** |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* <br> 031010.000000 | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court Northern District Of California | | | | |
| *Plaintiff:* LEVI STRAUSS & CO. | | | | |
| *Defendant:* JEANS CITY USA, INC. | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 08 1639 WHA |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND UNFAIR COMPETITION (INJUNCTIVE RELIEF SOUGHT); CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Apr. 01, 2008
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    JEANS CITY USA, INC.
                               2630 WEST 81ST STREET
                               HIALEAH, FL 33016

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Apr. 01, 2008 in the ordinary course of business.

5. *Person Serving:*                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                              d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES              e. I am: (3) registered California process server
      1138 HOWARD STREET                            (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                       (ii)  Registration No.:    2008-0001044
   c. 415-626-3111                                  (iii) County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Apr. 02, 2008

                                                                                        (AARON DANIEL)

| Judicial Council Form POS-010 <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> By Mail | *6409583.towto-sf.124578* |
|---|---|---|