1  RACHEL R. DAVIDSON (State Bar No. 215517)
   K&L GATES
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone:  (415) 882-8200
   Facsimile:  (415) 882-8220
4  rachel.davidson@klgates.com

5  Attorneys for Defendant
   JEANS CITY USA, INC.

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-01639-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| JEANS CITY USA, INC., | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rachel Davidson hereby enters her appearance as counsel of record for defendant Jeans City, USA, Inc. Copies of all pleadings, papers and notices should be served as follows:

---

NOTICE OF APPEARANCE OF COUNSEL                    1
Case No. CV-01639-WHA

**Rachel R. Davidson**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: Rachel.davidson@klgates.com

DATED: April 30, 2008                              K&L GATES

                                                   By_____/s/_____
                                                   Rachel R. Davidson
                                                   Attorneys for Defendant
                                                   JEANS CITY USA. INC.

---

NOTICE OF APPEARANCE OF COUNSEL                    2                    Printed on Recycled Paper
Case No. CV-01639-WHA