```
 1  RACHEL R. DAVIDSON (State Bar No. 215517)
    K&L GATES
 2  55 Second Street, Suite 1700
    San Francisco, California  94105-3493
 3  Telephone:  (415) 882-8200
    Facsimile:   (415) 882-8220
 4  rachel.davidson@klgates.com

 5  Attorneys for Defendant
    JEANS CITY USA, INC.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                Plaintiff,<br><br>v.<br><br>JEANS CITY USA, INC.,<br><br>                Defendant. | Case No. CV-01639-WHA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER LEVI STRAUSS & CO.'S COMPLAINT** |

      Pursuant to Civil Local Rules 5 and 6-1, the parties hereby stipulate that the time in which defendant Jeans City USA, Inc. has to respond to the complaint filed by plaintiff Levi Strauss & Co. shall be extended to no later than May 30, 2008.

DATED:  April 30, 2008                K&L GATES

                                            By_____/s/_____
                                            Rachel R. Davidson
                                            Attorneys for Defendant
                                            JEANS CITY USA. INC.

DATED:  April 30, 2008                TOWNSEND AND TOWNSEND AND CREW LLP

                                            By_____/s/_____
                                            Greg Gilchrist
                                            Counsel for Plaintiff
                                            LEVI STRAUSS & CO.