1  RACHEL R. DAVIDSON (State Bar No. 215517)
   K&L GATES
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone:  (415) 882-8200
   Facsimile:   (415) 882-8220
4  rachel.davidson@klgates.com

5  Attorneys for Defendant
   JEANS CITY USA, INC.

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9

10 LEVI STRAUSS & CO.,                ) Case No. CV-01639-WHA
                                       )
11                    Plaintiff,       ) **STIPULATION TO EXTEND TIME TO**
                                       ) **ANSWER LEVI STRAUSS & CO.'S**
12         v.                          ) **COMPLAINT**
                                       )
13 JEANS CITY USA, INC.,               )
                                       )
14                    Defendant.       )
                                       )
15 _____ )

16    Pursuant to Civil Local Rules 5 and 6-1, the parties hereby stipulate that the time in which

17 defendant Jeans City USA, Inc. has to respond to the complaint filed by plaintiff Levi Strauss & Co.

18 shall be extended to no later than June 23, 2008.

19
   DATED: June 5, 2008                      K&L GATES
20

21                                          By_____/s/_____
                                            Rachel R. Davidson
22                                          Attorneys for Defendant
                                            JEANS CITY USA. INC.
23

24 DATED: June 5, 2008                      TOWNSEND AND TOWNSEND AND CREW LLP

25

26                                          By_____/s/_____
                                            Greg Gilchrist
27                                          Counsel for Plaintiff
                                            LEVI STRAUSS & CO.
28