1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No. CV-01639-WHA

12                 Plaintiff,
                                           **PLAINTIFF LEVI STRAUSS &**
13           v.                            **CO.'S ADR CERTIFICATION**

14  JEANS CITY USA, INC.,

15                 Defendant.

16

17       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

18  or she has:

19       (1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

20  *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are*

21  *available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing*

22  *program (ECF) under General Order 45)*;

23       (2)   Discussed the available dispute resolution options provided by the Court and private

24  entities; and

25  / / /

26  / / /

27  / / /

28  / / /

PL.'S ADR CERTIFICATION          - 1 -          Levi Strauss & Co. v Jeans City USA, Inc.
                                                Case No. CV-01639-WHA

1  (3)  Considered whether this case might benefit from any of the available dispute resolution
2  options.

3

4  DATED: July 7, 2008            By:    /s/ Thomas M. Onda
                                         Levi Strauss & Co.

5

6  DATED: July 7, 2008            By:    /s/ Gia L. Cincone
                                         Townsend and Townsend and Crew, LLP
7                                        Counsel for Levi Strauss & Co.

8

9

   61422407 v1
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PL.'S ADR CERTIFICATION                - 2 -              Levi Strauss & Co. v Jeans City USA, Inc.
                                                          Case No. CV-01639-WHA