UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 24, 2008</u>

Case No.  <u>C 08-01639 WHA</u>

Title: <u>LEVI STRAUSS</u> v. <u>JEANS CITY USA</u>

Plaintiff Attorneys: Holly Gaudrea

Defense Attorneys: Rachel Davidson

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                        </u>

Complete Initial Disclosures (Rule 26): 7/31/08

Seek Leave to Add/Amend: 8/28/08

Discovery Cutoff: 4/24/09

Designation of Experts: 4/24/09

Last Day to File Motion: 6/11/09


Continued to <u> </u> for Further Case Management Conference

Continued to <u> 8/17/09 at 2:00 pm </u> for Pretrial Conference

Continued to <u> 8/31/09 at 7:30 am </u> for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.