IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS,<br><br>    Plaintiff,<br><br>  v.<br><br>JEANS CITY,<br><br>    Defendant.<br>_____ / | No. C 08-01639 WHA<br><br><br>**ORDER RE SETTLEMENT** |

    The Court notes the mediator's notation of October 16, 2008, that the parties have reached a settlement in the captioned matter. Please be advised that all deadlines remain in effect until a dismissal is duly filed.

    **IT IS SO ORDERED.**

Dated: November 24, 2008.

                                      WILLIAM ALSUP<br>                                      UNITED STATES DISTRICT JUDGE